IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eugene Scalia,

    Plaintiff(s),

vs.

MICA Contracting, LLC, et al.,

    Defendant(s).

Case Number: 1:18cv590

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 25, 2019 (Doc. 39), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 9, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that the Secretary of Labor's motion for default judgment against defendant MICA (Doc. 34) is DENIED without prejudice subject to refiling.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court